**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| EAGLE CAPITAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:07-0823 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| STEVE & BARRY'S UNIVERSITY | ) | |
| SPORTSWEAR, INC., AND STEEL BOLT | ) | |
| CONSTRUCTION, LLC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| STEEL BOLT CONSTRUCTION, LLC, | ) | |
| | ) | |
| Third-Party/Plaintiff, | ) | |
| | ) | |
| MATHERS CONSTRUCTION, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## O R D E R

Upon review of the file (Docket Entry No. 38), the Plaintiff's motion to remand (Docket

Entry No. 31) is **DENIED as moot** and this action is **DISMISSED**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _4T_ day of August, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge